IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| **PAYNETWORX LLC,**<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**PATHWARD, NATIONAL ASSOCIATION F/K/A METABANK, NATIONAL ASSOCIATION,**<br><br>    **Defendant.** | Civil Action No. 4:24-cv-00605-SDJ |

## SUPPLEMENTAL DISCLOSURE STATEMENT TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff PayNetWorx LLC ("**PNX**" or "**Plaintiff**") files this Supplemental Disclosure and respectfully shows the Court:

- PNX is 100% owned by WLES, L.P., a Texas limited partnership.
- The General Partner of WLES, L.P. is Transaction Guy & The Triumphant Ones, L.L.C., a Texas limited liability company.
    - The members of Transaction Guy & The Triumphant Ones, L.L.C. are Trent Voigt and Sue-Lynn Viogt, who are domiciled in Texas.
- The limited partners of WLES, L.P. are Trent Voigt, Sue-Lynn Voigt, and Voigt Family Trust.
    - Trent Voigt and Sue-Lynn Voigt are domiciled in Texas.
    - The trustee of Voigt Family Trust is Deutsch Bank Trust Company, a bank incorporated in Delaware.
    - The beneficiaries of Voigt Family Trust are Trent Voigt, Sue-Lynn Voigt, Stolle Voigt, and Reagean Voigt, who are domiciled in Texas.

Respectfully submitted,

*/s/ Carol C. Payne*
**DAWN ESTES**
Texas Bar No. 14251350
**CAROL C. PAYNE**
Texas Bar No. 00788865
Estes Thorne Ewing & Payne PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Phone: (214) 599-4000
Fax: (214) 599-4099
Email: destes@estesthorne.com
Email: cpayne@estesthorne.com

**JOSEPH D. BROWN**
Texas Bar No. 00793413
Joe Brown, Attorney, PLLC
100 N. Travis, Suite 205
Sherman, TX 75090
Phone: (903) 487-4700
Fax: (903) 421-9440
Email: joe@joebrown.law

*Attorneys for Plaintiff PayNetWorx LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, a true and correct copy of the foregoing document has been served on all counsel of record through the Court's CM/ECF system:

/s/ Carol C. Payne
Carol C. Payne